FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUL 26 AM 9: 21
CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INFORMATION |
| ) | CR 416-361 |
| JASMINE M. GREEN ) | |
| ) | |
| Defendant ) | |

### ORDER

The Government's motion to dismiss the foregoing Information without prejudice is GRANTED.

SO ORDERED, this 26th day of July, 2018.

*/s/ G. R. Smith*

HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA